## Case No. 4,725.

### FENDALL v. BILLY.

[1 Cranch, C. C. 87.] [1]

Circuit Court, District of Columbia. April Term, 1802.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

E. J. Lee, for plaintiff,

Mr. Jones, for defendant,

THE COURT refused to let the leger go in evidence to the jury, it not being proved that the entries therein were the first entries. The journal also was refused for the same reason.